UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:08-10342 LTS

LUIS ALICEA
Plaintiffs

V.

LAWRENCE J. McGUIRE
Defendants

CLOSING ORDER

SOROKIN, M.J.

    This case is hereby closed.

SO ORDERED.

                /s/ Leo T. Sorokin
                UNITED STATES MAGISTRATE JUDGE