# United States Court of Appeals
## For the First Circuit

No. 10-1329

LUIS ALICEA

Plaintiff - Appellant

v.

LAWRENCE J. MCGUIRE

Defendant - Appellee

**MANDATE**

Entered: February 24, 2011

    In accordance with the judgment of December 7, 2010, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court

/s/ Margaret Carter, Clerk


cc:
Valeriano Diviacchi
Sarah M. Joss